**The Honorable Marsha J. Pechman**

1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

8

| | |
|---|---|
| CHRISTOPHER D. MAXWELL, | No. 2:21-cv-00341-DWC |
| Plaintiff, | **ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE FOR DEFENDANT TO ANSWER COMPLAINT** |
| vs. | |
| JAMES RIVER INSURANCE COMPANY, a Virginia corporation doing the business of insurance in Washington, | |
| Defendant. | |

9

10

11

12

13

14

15

<u>**ORDER**</u>

16    Based on the Parties' Stipulated Motion to Extend Deadline for Defendant to Answer

17 Complaint, the Court orders as follows:

18    1. The deadline by which Defendant must file its answer is extended by sixty days to

19 May 19, 2021.

20    IT IS SO ORDERED this 29th day of March, 2021.

21

22    Marsha J. Pechman
      United States Senior District Judge

23

ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE FOR
DEFENDANT TO ANSWER COMPLAINT – 1
CAUSE NO. 2:21-cv-00341-DWC

2909443 / 1099.0003

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164-1039
(206) 689-8500 • (206) 689-8501 FAX

1

2  FORSBERG & UMLAUF, P.S.

3  *s/ Stephanie Andersen*
   Stephanie Andersen, WSBA No. 22250
4  Galina K. Jakobson, WSBA No. 49501

5  *Attorneys for Defendant James River Insurance Company*

6

7  FRIEDMAN RUBIN

8  By: *s/ David P. Roosa*
       Kenneth Friedman, WBSA No. 17148
9      David P. Roosa, WSBA No. 45266

10 *Attorneys for Plaintiff*

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE FOR
DEFENDANT TO ANSWER COMPLAINT  – 2
CAUSE NO. 2:21-cv-00341-DWC

2909443 / 1099.0003

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164-1039
(206) 689-8500 • (206) 689-8501 FAX