Hon. Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| CHRISTOPHER D. MAXWELL,<br><br>　　Plaintiff,<br><br>　v.<br><br>JAMES RIVER INSURANCE COMPANY, a Virginia corporation doing the business of insurance in Washington,<br><br>　　Defendant. | NO. 2:21-cv-00341-MJP<br><br>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

**STIPULATION**

COME NOW the parties hereto, Plaintiff and Defendant, by and through their attorneys of record and hereby stipulate that this matter shall be dismissed with prejudice and with each party bearing its own costs.

DATED this 29th of April, 2021.

FRIEDMAN | RUBIN

*/s/ David P. Roosa*
David P. Roosa, WSBA #45266
Kenneth R. Friedman, WSBA #17148
Attorneys for Plaintiff
1109 – 1st Avenue, Suite 501
Seattle, WA 98101

---

Stipulation and Order of Dismissal with Prejudice – Page 1
*Maxwell v JRIC, Case No. 2:21-cv-00341-DWC*

FRIEDMAN | RUBIN PLLP
1109 – 1st Avenue, Suite 501
Seattle, WA 98101
(206) 501-4446

droosa@friedmanrubin.com
kfriedman@friedmanrubin.com
Phone: (206) 501-4446
Fax: (206) 623-0794
*Counsel for Plaintiff*

DAVIDSON & KILPATRIC

*/s/ Dylan Kilpatric*
Dylan Kilpatric, WSBA #45318
Attorney for Plaintiffs
PO Box 817
Kirkland, WA 98083
dylan@kirklandlaw.com
Phone: (425) 822-2228
Fax: (425) 827-8725
*Counsel for Plaintiff*

FORSBERG & UMLAUF, P.S.

*/s/ Stephanie Andersen*
Stephanie Andersen, WSBA #22250
Galina K. Jakobson, WSBA #49501
901 Fifth Avenue, Suite 1400
Seattle, WA 98164
sandersen@foum.law
gjakobson@foum.law
Phone: (206) 689-8500
*Counsel for James River Insurance Company*

## ORDER

Based on the stipulation of the parties,

IT IS HEREBY ORDERED that this matter is dismissed with prejudice and without costs to any party.

DATED this 29th day of April, 2021.

JUDGE MARSHA J. PECHMAN

Stipulation and Order of Dismissal with Prejudice – Page 2
*Maxwell v JRIC, Case No. 2:21-cv-00341-DWC*

FRIEDMAN | RUBIN PLLP
1109 – 1st Avenue, Suite 501
Seattle, WA 98101
(206) 501-4446